UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RBC BANK (USA), | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 08-5043 (JAP) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ANTHONY L. BAIER, | : | |
| | : | |
| Defendant. | : | |

It having been reported to the Court that the above captioned action has been settled in its entirety;

**IT IS** on this 25th day of June, 2009,

**ORDERED THAT**:

(1) This action is hereby **DISMISSED** without costs and without prejudice to the right, upon motion and good cause shown within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order as provided in the above paragraph or pursuant to the provisions of Fed.R.Civ.P. 60 (b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties, cross claimants, counter claimants, third-party plaintiffs/defendants; and

(3) Any pending motion(s) are dismissed as moot.

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.